The People of the State of New York, Respondent, v. Leon Levine, Appellant.— Judgment of the Court of Special Sessions affirmed. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

H. P. Read Lead Works, Appellant, v. Charles K. Hoerning, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

David Rich, Appellant, v. The Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Julius Schiller, Appellant, v. Simon Wilnau, as Executor, etc., of Margaret Wendel, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

August Schmenke and Edward Mearum, as Copartners, Respondents, v. William H. Malcolm, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Woodward, Gaynor Rich and Miller, JJ., concurred; Hooker, J., dissented.

Herman Schrier, Respondent, v. Fanny Shaffer, Appellant.— Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Samuel Shillak, Respondent, v. William Salmon, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Mary Shruell, as Administratrix, etc., of John Shruell, Deceased, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John F. Simpson, Appellant, v. James Maguire, Respondent, Impleaded with Franklin Brewing Company, Defendant.— Final order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.